IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| NAOKA HADA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:04-cv-02880-DV |
| | ) | Donald/Vescovo |
| UNIVERSITY OF TENNESSEE | ) | |
| and STEPHEN T. KITAI, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER OF DISMISSAL

The parties, Naoka Hada, through counsel, Jack L. Halliburton, and Defendants, through Devon L. Gosnell, Associate General Counsel, having entered into a Stipulation of Dismissal, it is hereby ORDERED that this case should be, and is, dismissed with prejudice.

Respectfully submitted this 28 day of November, 2005.

Bernice B. Donald, Judge
United States District Court

AGREED:

TAYLOR, HALLIBURTON & LEDBETTER

Jack L. Halliburton, BPR #007628
254 Court Street, Suite 305
Memphis, TN 37103
Attorney for Plaintiff

THE UNIVERSITY OF TENNESSEE

Devon L. Gosnell, BPR #008549
719 Andy Holt Tower
Knoxville, TN 37996-0170
(865) 974-3245
Attorney for Defendants

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-29-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:04-CV-02880 was distributed by fax, mail, or direct printing on November 29, 2005 to the parties listed.

---

Devon L. Gosnell
UNIVERSITY OF TENNESSEE
719 Andy Holt Tower
Knoxville, TN 37996--017

Jack L. Halliburton
TAYLOR HALLIBURTON & LEDBETTER
254 Court Ave.
Ste. 305
Memphis, TN 38103

Nancy M. Maddox
LAW OFFICE OF NANCY M. MADDOX
P.O. Box 1249
Olive Branch, MS 38654

Honorable Bernice Donald
US DISTRICT COURT