UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY _____ O.C.

05 NOV 30 PM 2:53

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

**NAOKA HADA**

**JUDGMENT IN A CIVIL CASE**

v.

**UNIVERSITY OF TENNESSEE**
**and STEPHEN T. KITAI**

**CASE NO: 04-2880-D**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Dismissal entered on November 29, 2005, this cause is hereby dismissed with prejudice.

APPROVED:

_/s/ Bernice B. Donald_
**BERNICE B. DONALD**
**UNITED STATES DISTRICT COURT**

11-30-2005
**Date**

**THOMAS M. GOULD**

_____
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12/1/05

11

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:04-CV-02880 was distributed by fax, mail, or direct printing on December 1, 2005 to the parties listed.

---

Nancy M. Maddox
LAW OFFICE OF NANCY M. MADDOX
P.O. Box 1249
Olive Branch, MS 38654

Devon L. Gosnell
UNIVERSITY OF TENNESSEE
719 Andy Holt Tower
Knoxville, TN 37996--017

Jack L. Halliburton
TAYLOR HALLIBURTON & LEDBETTER
254 Court Ave.
Ste. 305
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT